MANDATE

### UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT
THURGOOD MARSHALL U.S. COURT HOUSE
40 FOLEY SQUARE, NEW YORK, N.Y. 10007

Catherine O'Hagan Wolfe
CLERK OF COURT

UNITED STATES COURT OF APPEALS
FILED
JUN 0 4 2008
Catherine O'Hagan Wolfe, Clerk
SECOND CIRCUIT

Date:      6/4/08
Docket Number: 08-1734-op
Short Title:    Siao-Pao v. Connolly

DC Docket Number: 08-cv-3219
DC:    SDNY (NEW YORK CITY)
DC Judge: Honorable Kimba Wood

At a stated term of the United States Court of Appeals for the Second Circuit, Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, in the City of New York, on the 4th day of June, two thousand eight.

Siao-Pao v. Connolly

**NOTICE HAVING BEEN GIVEN** that the petitioner was required to file an application requesting that this court authorize a second or successive habeas corpus petition in the United States District Court, and **PETITIONER HAVING FAILED** to file said application within the **FORTY FIVE DAYS** prescribed, **authorization for the underlying petition is DENIED pursuant to Liriano v. USA**, 95 F.3d 119 (2nd Cir. (NY)). Any motions pending prior to the entry of this order of dismissal are deemed **MOOT**.

### CERTIFICATE OF MAILING

The undersigned Deputy Clerk hereby certifies that this order was mailed this date to all parties to this action.

For the Court:
Catherine O'Hagan Wolfe, Clerk

By: _____
Atasha Joseph, Deputy Clerk

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/27/2008

A TRUE COPY
Catherine O'Hagan Wolfe, Clerk

by _____
DEPUTY CLERK

ISSUED AS MANDATE: 06/26/08

**UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT**
THURGOOD MARSHALL U.S. COURT HOUSE
40 FOLEY SQUARE, NEW YORK, N.Y. 10007

Catherine O'Hagan Wolfe
CLERK OF COURT

Date:           6/4/08

Docket Number: 08-1734-op

Short Title:    Siao-Pao v. Connolly

DC Docket Number: 08-cv-3219

DC:   SDNY (NEW YORK CITY)

DC Judge: Honorable Kimba Wood

*(stamp: UNITED STATES COURT OF APPEALS — FILED — JUN 0 4 2008 — Catherine O'Hagan Wolfe, Clerk — SECOND CIRCUIT)*

At a stated term of the United States Court of Appeals for the Second Circuit, Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, in the City of New York, on the 4th day of June, two thousand eight.

Siao-Pao v. Connolly

**NOTICE HAVING BEEN GIVEN** that the petitioner was required to file an application requesting that this court authorize a second or successive habeas corpus petition in the United States District Court, and **PETITIONER HAVING FAILED** to file said application within the **FORTY FIVE DAYS** prescribed, **authorization for the underlying petition is DENIED pursuant to Liriano v. USA**, 95 F.3d 119 (2nd Cir. (NY)). Any motions pending prior to the entry of this order of dismissal are deemed **MOOT**.

### CERTIFICATE OF MAILING

The undersigned Deputy Clerk hereby certifies that this order was mailed this date to all parties to this action.

For the Court:
Catherine O'Hagan Wolfe, Clerk

By: _____

Atasha Joseph, Deputy Clerk

*(stamp: THE MANDATE, CONSISTING OF ITEMS BELOW, IS HEREBY RECEIVED ( ) OPINION ( ) STATEMENT OF COSTS ( ) ORDER                 DATE RECEIVED BY:)*